IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM T. JEFFREY, JR. | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 17-0531 |
| THOMAS JEFFERSON UNIVERSITY | : |
| HOSPITALS, INC., | : |
| *t/d/b/a THOMAS JEFFERSON UNIVERSITY* | : |
| *HOSPITAL* | : |

# **O R D E R**

**AND NOW**, this   14th   day of   May  , 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 23), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** as follows:

1. Judgment is entered in favor of Defendant Thomas Jefferson University Hospitals, Inc. and against Plaintiff William T. Jeffrey, Jr.

2. The Clerk of Court is directed to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.